THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ANNE M. VOIGTS
Assistant United States Attorney          JS - 3
California Bar Number:  220783
     1000 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1378
     Facsimile: (213) 894-8513
     E-mail:    Anne.M.Voigts@usdoj.gov

Attorney for Plaintiff
United States of America


                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  CR No. 05-1153-CAS
                               )
          Plaintiff,           )  [PROPOSED] ORDER DISMISSING
                               )  CASE
               v.              )
                               )
ROBERT WAYNE EDDY,             )
                               )
          Defendant.           )
                               )
                               )
                               )
                               )
_____)

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and on motion of the United States Attorney for the Central District of California, the above-referenced case is dismissed as to defendant Robert Wayne Eddy.  Defendant shall be released into defense counsel's custody.

IT IS SO ORDERED.

This 19th day of December, 2008.


_____
THE HONORABLE CHRISTINA A. SNYDER
United States District Judge


cc:  U.S. Marshal

2